UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

KENNETH GLENN BUTTERA,

    Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

    Defendant.

Case No. 2:17-cv-00562- JPS

Honorable Judge J P Stadtmueller

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KENNETH GLENN BUTTERA, and the Defendant, TRANSWORLD SYSTEMS, INC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against TRANSWORLD SYSTEMS, INC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 5, 2017            Respectfully Submitted,

| **KENNETH GLENN BUTTERA** | **TRANSWORLD SYSTEMS, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ James C. Vlahakis (*with consent*) |
| Nathan C. Volheim | James C. Vlahakis |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Sessions Fishman Nathan & Israel |
| 2500 S. Highland Avenue, Suite 200 | 120 South LaSalle Street, Suite 1960 |
| Lombard, Illinois 60148 | Chicago, IL 60603 |
| Phone: (630) 575-8181 | Phone: (312) 578-0991 |
| Fax :(630) 575-8188 | jvlahakis@sessions.legal |
| nvolheim@sulaimanlaw.com | |